# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:15-CR-01214(1)-AM |
| | § | |
| (1) ARMANDO PADILLA | § | |

## ORDER SETTING UNCONTESTED FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **UNCONTESTED FINAL REVOCATION HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Wednesday, May 14, 2025 at 03:20 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 10th day of January, 2025.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE